# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-41070
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 1, 2019

Lyle W. Cayce
Clerk

WAYNE A. POWE; REGINA Y. POWE,

Plaintiffs - Appellants

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Residential Asset Securitization Trust Series 2004-A7 Mortgage Pass-Through Certificates 2004-G,

Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:15-CV-661

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.